UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | No. 1:24-cv-00016 JLT GSA (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL CONSISTENT WITH 28 U.S.C. § 1915(g) |
| v. | |
| T.L. CAMPBELL, et al., | PLAINTIFF'S FILING FEE DUE **AUGUST 15, 2024** |
| Defendants. | |

On April 17, 2024, consistent with 28 U.S.C. § 1915(g), as a three strikes litigant Plaintiff was ordered to pay the filing fee in full prior to proceeding any further with this action. See ECF Nos. 10, 11 (findings and recommendations; order adopting same); 28 U.S.C. § 1915(g). At that time Plaintiff was given thirty days to do so. ECF No. 11 at 2.

Plaintiff appealed the ruling to the Ninth Circuit. See ECF Nos. 13, 14 (notice of interlocutory appeal; appeal). On July 3, 2024, the appellate court dismissed Plaintiff's appeal on the grounds that Plaintiff had failed either to pay the filing fees for the appeal or to move to proceed in forma pauperis. ECF No. 17. The order also stated that the mandate for it would become effective in twenty-one days. Id.

Given that the Ninth Circuit's mandate which dismissed Plaintiff's appeal has now taken effect, the Court's April 2024 order which directed Plaintiff to pay the filing fee in full (see ECF

1

No. 11) stands.  Consequently, Plaintiff will be ordered a final time to pay the filing fee in full.  See 28 U.S.C. § 1915(g).  He will be given twenty-one days to do so.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order – **by August 15, 2024,** – Plaintiff shall pay the filing fee for this case in full.  See 28 U.S.C. § 1915(g).

**Plaintiff is informed that failure to comply with this order within the time allotted will result in the dismissal of this matter.**

IT IS SO ORDERED.

Dated:   **July 25, 2024**                             **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE